STATE OF NORTH CAROLINA v. RANDOLPH WIDEMAN

No. 7318SC225

(Filed 23 May 1973)

APPEAL by defendant from *Exum, Judge,* 23 October 1972 Session of Superior Court held in GUILFORD County.

Defendant was charged in a bill of indictment with the felony of armed robbery.

The State's evidence through the testimony of the victim and through the testimony of the alleged accomplice of defendant tended to show the following: On 24 April 1972, between 7:30 and 8:00 p.m., defendant and his accomplice went to the victim's service station as victim was preparing to close for the evening. When the victim stepped inside the men's bathroom to clean up, defendant followed him, threw one arm around the victim's neck, and held a gun on the victim with the other hand. Defendant then took the victim's pocketbook containing $36.00.

Defendant testified that he was elsewhere at the time of the robbery; that he knew nothing about the robbery; and that the alleged accomplice was trying to implicate him because he (the alleged accomplice) was angry with defendant.

*Attorney General Morgan, by Assistant Attorney General Ricks, for the State.*

*Bob Scott, attorney for the defendant.*

BROCK, Judge.

The bill of indictment is proper in form and sufficient to charge the defendant with the offense of armed robbery. The jury rendered in open court a verdict of guilty of the offense of

armed robbery and the sentence imposed is within the limits allowed by statute. In our opinion defendant received a fair trial, free from prejudicial error.

No error.

Judges MORRIS and VAUGHN concur.